UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KEVIN FADDIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Case No. 3:09-cv-193 |
| | * | (R. Leon Jordan, Judge, |
| WESTFIELD INSURANCE | * | C. Clifford Shirley, |
| GROUP, | * | Magistrate Judge) |
| | * | |
| Defendant. | * | (Jury Demand) |

## PARTIAL MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, Defendant Westfield Insurance Group ("Defendant") respectfully moves this Court for an Order dismissing the punitive damages claim against it on grounds that the Plaintiff's Complaint (Doc. 1-1) fails to state a valid claim for punitive damages against it as a matter of law  The basis for this Motion is fully set forth in the Memorandum in Support.

Respectfully submitted,

WESTFIELD INSURANCE GROUP

By: s/*S. Morris Hadden*
S. Morris Hadden (BPR #000747)
Counsel for Defendant
**HUNTER, SMITH & DAVIS, LLP**
1212 North Eastman Road
P. O. Box 3740
Kingsport, TN  37664
(423) 378-8820; Fax:  (423) 378-8801

## CERTIFICATE OF SERVICE

   I hereby certify that on May 8, 2009, a copy of the foregoing **Partial Motion to Dismiss** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

  Arthur F. Knight, III, Esq.
  **BECKER, FLEISHMAN & KNIGHT, P.C.**
  Post Office Box 1710
  Knoxville, TN 37901


      *s/S. Morris Hadden*
     S. Morris Hadden (BPR #000747)
     **HUNTER, SMITH & DAVIS, LLP**
     1212 North Eastman Road
     P. O. Box 3740
     Kingsport, TN 37664
     (423) 378-8820; Fax: (423) 378-8801