UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KEVIN FADDIS, | * |
| Plaintiff, | * |
| VS. | * Case No. 3:09-cv-193 |
| | * (R. Leon Jordan, Judge, |
| WESTFIELD INSURANCE COMPANY, | * C. Clifford Shirley, Magistrate Judge) |
| Defendant. | * (Jury Demand) |

## ORDER DISMISSING PUNITIVE DAMAGES

Defendant, Westfield Insurance Company, filed a Partial Motion to Dismiss. Counsel for Plaintiff, Arthur Knight, has now agreed to dismiss from his lawsuit any and all allegations seeking punitive damages. Accordingly, it is **ORDERED** that all allegations in the Complaint wherein punitive damages are being sought by the Plaintiff are hereby dismissed.

ENTER:

_____
Judge

**APPROVED FOR ENTRY:**

s/ *Arthur F. Knight, III* _____ (by SMH per authority of 05/13/09)
Arthur F. Knight, III (BPR #016178)
Counsel for Plaintiff
BECKER, FLEISHMAN & KNIGHT, P.C.
P. O. Box 1710
Knoxville, TN 37901
(865) 522-5057; Fax: (865) 522-3382

s/*S. Morris Hadden*
S. Morris Hadden (BPR #000747)
Counsel for Defendant
**HUNTER, SMITH & DAVIS, LLP**
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8820; Fax: (423) 378-8801