UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KEVIN FADDIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | Case No. 3:09-cv-193 |
| | * | (R. Leon Jordan, Judge, |
| WESTFIELD INSURANCE COMPANY, | * | C. Clifford Shirley, Magistrate Judge) |
| | * | |
| Defendant. | * | (Jury Demand) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, come the parties to this action and voluntarily dismiss this civil action and Complaint, without prejudice, among, against and between all parties to this litigation in that all matters have been compromised and settled privately; and that this action is not subject to the provisions of Rule 23(e), 66, or of any statute of the United States. Each party will bear its/their own costs.

                                                                           **APPROVED FOR ENTRY:**

                                                                    s/*Arthur F. Knight, III*
                                                                    Arthur F. Knight, III (BPR #016178)
                                                                    Counsel for Plaintiff
                                                                    **TAYLOR, FLEISHMAN & KNIGHT, P.C.**
                                                                    800 S. Gay Street, Suite 600
                                                                    First Tennessee Plaza
                                                                    Knoxville, TN 37929
                                                                    (865) 971-1701 X111; Fax: (865) 971-1705

                              s/*S. Morris Hadden*
                      S. Morris Hadden (BPR #000747)
                      Counsel for Defendant
                      **HUNTER, SMITH & DAVIS, LLP**
                      1212 N. Eastman Road
                      P. O. Box 3740
                      Kingsport, TN 37664
                      (423) 378-8820; Fax: (423) 378-8801

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2010, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

    Arthur F. Knight, III, Esq.
    **TAYLOR, FLEISHMAN & KNIGHT, P.C.**
    800 S. Gay Street, Suite 600
    Knoxville, TN 37929

                                s/*S. Morris Hadden*
                            S. Morris Hadden (BPR #000747)
                            **HUNTER, SMITH & DAVIS, LLP**
                            1212 N. Eastman Road, P. O. Box 3740
                            Kingsport, TN 37664
                            (423) 378-8820; Fax: (423) 378-8801